### BUILDERS' SUPPLY COMPANY v. SEABOARD AIR LINE RAILWAY COMPANY.

(Filed 10 November, 1920.)

(For digest, see *Perry v. R. R., ante,* 290.)

APPEAL by defendant from *Devin, J.,* at HALIFAX.

This is an action to recover damages to an automobile truck caused by collision with a train at a public crossing.

There was a verdict and judgment for the plaintiff, and the defendant appealed.

*George C. Green for plaintiff.*
*R. C. Dunn and Murray Allen for defendant.*

ALLEN, J. The questions raised by this appeal are substantially those decided in *Perry v. R. R.,* at this term, and upon that authority the judgment is affirmed.

No error.

WALKER and BROWN, JJ., dissent for reasons stated in dissenting opinion in *Perry v. R. R.,* at this term.